# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERGIO BENITEZ-Gomez,<br><br>　　　　　Defendant. | Case No.: '23 MJ1216 DEB<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C. § 1324(a)(1)(A)(ii) and (v)(I) – Conspiracy to Transport Certain Aliens |

The undersigned complainant being duly sworn states:

Beginning at a date unknown and continuing up to and including April 1, 2023, within the Southern District of California, and elsewhere, defendant SERGIO BENITEZ-Gomez, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together with CLAUDIA CAROLINA MONROY-RAMIREZ (charged separately in case number 23-CR-0422-CAB) and with persons unknown, to transport and move, illegal aliens within the United States in violation of Title 8, United States Code Section 1324(a)(1)(A)(ii), (v)(I).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　Anthony Gaspar
　　　　　　　　　　　　　　　　　　　　U.S. BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　HON. DANIEL E. BUTCHER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## **PROBABLE CAUSE STATEMENT**

On April 1, 2023, at approximately 9:50 a.m., United States Border Patrol Agent Anthony B. Gaspar was conducting plain clothes duties with the Chula Vista Border Patrol Station Intelligence Division (CVID).

Agent Gaspar was conducting surveillance in an active smuggling location known as Otay Lakes County Park in Chula Vista, California. During the course of surveillance, a known and previously identified red Ford F-150 (herein referred to as the F-150), bearing California license plate 05794Z1. The F-150 was discovered and implicated during a lawful cellular phone search in a prior alien smuggling event (CHU2303000021). The contents of the cellular phone confirm the operator of the F-150 was referred to as "Chofer del troka roja," in English, "driver of the red truck." Additional data mining via DHS applications were utilized to identify the truck and the registered owner as, J.A.R.M. out of San Bernardino, California.

Agent Gaspar observed a F-150 parked within the premises of Otay Lakes County Park. Agent Gaspar reverted to notes logged in a DHS tracking system to obtain license plate information. Agent Gaspar compared the license plate of the F-150 revealing a positive match.

Agent Gaspar observed a single male seated in the driver seat and approached the F-150 to conduct a consensual field interview. Agent Gaspar identified himself as United States Border Patrol Agent with service badge and credentials to the driver, later identified as, J.A.R.M., the same registered owner.

While Agent Gaspar was conducting the interview of J.A.R.M., he observed a male subject continuously pacing back and forth near by and focused on him. It is a known and common tactic for subjects involved in the act of alien smuggling to operate in tandem with other involved subjects acting as scouts/lookouts. The male subject in question was in a class of his own amongst the public at the park when he was focusing on Agent Gaspar's interview of J.A.R.M.

J.A.R.M. claimed to be at the park with his ex-wife and child. This claim never materialized and neither his ex-wife nor child were ever observed.

Following the conclusion of the interview with J.A.R.M., Agent Gaspar conducted a consensual encounter of the pacing, and highly observant, male subject, later identified as Sergio BENITEZ-Gomez. In the English language,

Agent Gaspar identified himself as United States Border Patrol Agent with service badge, credentials, and questioned BENITEZ as to his citizenship and purpose for being present at the park. BENITEZ responded in broken English, "I do not answer questions." Agent Gaspar re-introduced himself and questioned BENITEZ in the Spanish language. BENITEZ claimed to be a citizen of El Salvador. BENITEZ stated that he did not have any form of identification but claimed to have documentation proving to be in immigration asylum proceedings. Agent Gaspar requested BENITEZ to provide said documentation. BENITEZ randomly requested to speak to his lawyer and then attempted to abscond on foot. Following a short foot pursuit, Agent Gaspar was able to successfully subdue and arrest BENITEZ for suspicion of being undocumented and illegally present in the United States.

Next, Agent Gaspar conducted a post-*Miranda* interview of BENITEZ at the Chula Vista Border Patrol Station. BENITEZ admitted to previously visiting Otay Lakes County Park with other involved participants to transport "illegals." BENITEZ stated that he was offered $100.00 USD per "illegal" during said event. BENITEZ stated that three "illegals" were successfully transported. BENITEZ referred to himself as being a scout/lookout for load drivers. BENITEZ identified a smuggler known as "Guero" as being the boss/coordinator.

BENITEZ claimed to be present at Otay Lakes County Park on April 1, 2023, to exercise. BENITEZ denied any involvement in alien smuggling.

BENITEZ was in possession of a Black Galaxy Z Fold3 cellular phone located on his person. BENITEZ consented to a review of his cellular phone.

While BENITEZ was in immigration custody, agents conducted a review of his cellular phone on April 3, 2023, for the first time. A review of BENITEZ's cellular phone revealed contacts with defendant Claudia Carolina MONROY-Ramirez, Indicted with Conspiracy to Transport Certain Aliens and Transportation of Certain Aliens in Aiding and Abetting (in case number 23-CR-0422-CAB). In essence, the incriminating communications between BENITEZ and MONROY via Whatsapp were manually set by BENITEZ as an option to automatically disappear as soon as 24 hours from the time received. BENITEZ and MONROY have topographical street layout photographs of Otay Lakes County Park, that were shared with other involved participants during alien smuggling events. Additional search results and cross references revealed shared contacts of subjects directly associated to alien smuggling as implicated in chat conversations that were

identified in BENITEZ's, MONROY's, and a known but currently uncharged co-conspirator's cellular phones. Some of the shared contacts were identified as Mexican-based alien smuggling organization coordinators, foot guides, and load drivers.

BENITEZ's saved contact was discovered in MONROY's cellular phone via the following identifiers "Brocoli 1" and "Brocoli 2."

MONROY's saved contact was discovered in BENITEZ's cellular phone via the following identifier "Raite," in English "ride."

Of equal importance, other evidence corroborates that MONROY and co-conspirators known and unknown have been participating in a bank fraud scheme, whereby defendants and their co-conspirators known and unknown deposit stolen checks, drawn from a legitimate business, into their bank accounts to fraudulently inflate their account balances in order to withdraw or transfer the available funds posted to the account to compensate co-conspirators known and unknown for their roles and participation in the alien smuggling transportation scheme.

A cross reference of information gathered from BENITEZ's, MONROY's, and an abandoned cellular phone of a previously identified but currently uncharged associate, identified as Wilfredo RAMIREZ-Elias, corroborating the bank fraud scheme.

For example, bank receipts containing photographs of fraudulently endorsed checks, texts, saved audio conversations from co-conspirators regarding deposits, withdrawals, and transfers were found in BENITEZ's cellular phone.

The evidence found in BENITEZ's cellular phone matched similar evidence found in MONROY's and RAMIREZ's cellular phones regarding the bank fraud schemes.

Department of Homeland Security (DHS) records identified BENITEZ as a citizen of El Salvador and a previously ordered removed alien on October 5, 2022. Further DHS records confirm BENITEZ is a citizen of El Salvador without documents or entitlements to enter the United States. DHS records contain no evidence that BENITEZ has applied for or received permissions from the United States Attorney General or his designated successor, the Secretary of Homeland Security to legally re-enter the United States.

Furthermore, BENITEZ was arrested on October 2, 2022, in possession of a known stolen and loaded firearm by the San Diego Sheriffs Office. Punishment and/or conviction is currently pending.